DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LINDA URIOSTE,**
Appellant,

v.

**GIGI STETLER,**
Appellee.

No. 4D20-428

[February 11, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE 14-021474.

Alex P. Rosenthal and Amanda Jassem Jones of the Rosenthal Law Group, Weston, for appellant.

Wendell Locke of Locke Law, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***